# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 16, 2021

### NO. 03-19-00581-CR

**Jeremy Michael Juarez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment adjudicating guilt. Therefore, the Court reverses the trial court's judgment adjudicating guilt and remands the case to the trial court for a new punishment hearing. No adjudication of costs is made.